UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert Breest

    v.                                    No. 06-fp-361

NH Attorney General


### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.51 is due no later than October 30, 2006. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by MCI Shirley, Medium when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number 06-cv-361-SM.

**SO ORDERED.**

                                              _/s/ James R. Muirhead_
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: September 28, 2006

cc:    Robert Breest, *pro se*
        Bonnie S. Reed, Financial Administrator
        MCI Shirley, Medium, Inmate Accounts